COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-14-00918-CV |
| Style: | Eduardo Franco |
| | **v.** Stacey Franco |
| Date motion filed[*]: | November 21, 2014 |
| Type of motion: | Motion to extend time to file the record |
| Party filing motion: | Appellant |
| Document to be filed: | Appellate record |

Is appeal accelerated?　　No

If motion to extend time:
　　　Original due date:　　　　　　　　　December 23, 2014
　　　Number of previous extensions granted:　　　　Current Due date:
　　　Date Requested:　　　　　　　30 days

Ordered that motion is:

　　☐　　Granted

　　　　　If document is to be filed, document due:

　　☐　　The Court will not grant additional motions to extend time absent extraordinary circumstances.

　　☐　　Denied

　　☑　　Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

　　☐　　Other: _____

　　If additional time is necessary, the Court may extend the deadline to file the clerk's or reporter's record if the trial court clerk or court reporter requests an extension. *See* TEX. R. APP. P. 35.3.(c). Accordingly, we dismiss appellant's motion as moot.

Judge's signature:　/s/ Terry Jennings
　　　　　　　　☑　　Acting individually　　☐　　Acting for the Court

Panel consists of　_____

Date:　December 2, 2014

November 7, 2008 Revision